## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **SILENT COMMUNICATION, LLC,** ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 6:22-cv-00531 |
| v. ) | |
| ) | |
| **FUZE, INC., and** ) | |
| **8x8, INC.** ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

### PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Silent Communication, LLC., ("Silent") files this Original Complaint and demand for jury trial seeking relief from patent infringement of the claims of U.S. Patent No. 8,229,409 ("the '409 patent") (referred to as the "Patent-in-Suit") by Fuze, Inc., and 8x8, Inc., ("Fuze").

### I.   THE PARTIES

1. Plaintiff Silent is a Texas Limited Liability Company with its principal place of business located in Travis County, Texas.

2. On information and belief, Fuze is a corporation existing under the laws of the State of Delaware, with a principle place of business located at 600 Congress Ave., Austin TX 78701. On information and belief, Fuze sells and offers to sell products and services throughout Texas, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in Texas and this judicial district. Defendant may be served through their registered agent at Corporation Service Company, DBA CSC, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218 or anywhere thay may be found.

### II.   JURISDICTION AND VENUE

3. This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claim arises under an Act of Congress relating to patents, namely, 35 U.S.C. § 271.

4. This Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of Texas and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of Texas and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Texas and in this judicial district.

5. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b). Defendant has committed acts of infringement and has a regular and established place of business in this District. Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Texas and this District.

### III. INFRINGEMENT

#### A. Infringement of the '409 Patent

6. On July 24, 2012, U.S. Patent No. 8,229,409 ("the '409 patent", attached as Exhibit A) entitled "System And Method For Telephone Communication" was duly and legally issued by the U.S. Patent and Trademark Office. Silent owns the '409 patent by assignment.

7. The '409 patent relates to activating alternate communication methods when when a call is erroneously disconnected.

8. Fuze maintains, operates, and administers methods and systems of activating alternate communication methods when when a call is erroneously disconnected that infringe, directly and indirectly, through contributory and/or induced infringement the claim of the '409 patent, literally or under the doctrine of equivalents. Defendant put the invention claimed by the '409 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service. Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

9. Support for the allegations of infringement may be found in the following preliminary table:

| US8229409 B2 Claim 1 | Fuze |
|---|---|
| 1. A method comprising: | <br><https://www.fuze.com/><br><br>Fuze has a method.<br><br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| US8229409 B2 Claim 1 | Fuze |
|---|---|
| identifying an erroneous disconnection of a voice session by a first device of a called party; | **Check your internet connection**<br><br>Does your computer or device show that you are fully connected to the internet? If not, you may be offline and may want to dial in so that you do not miss anything while trying to reconnect.<br><br>**Check to make sure that your connection meets the minimum requirements**<br>If your network connection speed or quality falls below the minimum requirements, it's more than likely that you will see an error message in Fuze. Refer to the following articles if you want to compare your connection and bandwidth speed to the minimum requirements:<br><br>- Fuze Desktop<br>- Fuze Web<br><br><https://help.fuze.com/hc/en-us/articles/360017923853-Joining-a-Meeting-Technical-Troubleshooting-Tips><br><br>The reference describes identifying an erroneous disconnection of a voice session by a first device of a called party. |

| US8229409 B2 Claim 1 | Fuze |
|---|---|
| activating a voice activated application at a second device of a calling party, which voice activated application senses voice at said second device after the disconnection; | **Key Mobile App Enhancements**<br>- Convenience and Safety: Fuze expands its Car Mode capabilities, adding hands-free voice command functionality to increase the safety of collaboration, while on the go.<br>- Mobile-first experience: Enhanced user experience designed to simplify and better support workers who use a smartphone or tablet as their primary communications and collaboration device.<br>- Quality and Automation: Enhanced HD video and audio calling with data prioritization that improves usability and performance, while enabling uninterrupted transitioning between audio/video calls, meetings, and content sharing.<br><br>Fuze mobile enhancements are now generally available to existing and new customers.<br><br><https://www.fuze.com/media-center/Fuze-Redefines-Communications-and-Collaboration-for-the-Mobile-First-Workforce><br><br>The reference describes activating a voice activated application at a second device of a calling party, which voice activated application senses voice at said second device after the disconnection. |

| US8229409 B2 Claim 1 | Fuze |
|---|---|
| activating a function at said second device offering said calling party an option to re-establish connection with said first device if a voice was detected by said application at said second device within a defined period of time after the disconnection;<br><br>re-establishing a session with said first device according to selection of said calling party; and | • Multi-party HD video conferencing right from the phone with up to 12 video feeds.<br><br>• Crystal clear audio conferencing directly on your phone or use our dial-in/call me features.<br><br>• Powerful content sharing with support for PowerPoint with animations, Word documents, PDFs, movies and high-resolution images.<br><br>• Start a meeting with just one click or join from your phone calendar.<br><br>• Controls to mute and unmute all or select participants and make attendees presenters so they can share or annotate content.<br><br>• Use in-meeting group chat to communicate during your meeting.<br><br>• Access and share the photos or videos from your photo library.<br><br>• Record and store your meetings in your Fuze storage locker for sharing later.<br><br>• Auto-reconnect in the event of a disruption on your mobile network.<br><https://www.fuze.com/blog/new-fuze-android><br><br>The reference describes activating a function at said second device offering said calling party an option to re-establish connection with said first device if a voice was detected by said application at said second device within a defined period of time after the disconnection.<br><br>The reference describes re-establishing a session with said first device according to selection of said calling party. |

| US8229409 B2 Claim 1 | Fuze |
|---|---|
| ending said re-established session by said calling party or by said called party. | **Ending a Call**<br><br>You can end a call from your device, or click **End** within the Fuze for Salesforce window.<br><br><https://help.fuze.com/hc/en-us/articles/360011227854-Call-Management><br><br>The reference describes ending said re-established session by said calling party or by said called party. |

These allegations of infringement are preliminary and are therefore subject to change.

10. Fuze has and continues to induce infringement. Fuze has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to activate alternate communication methods when when a call is erroneously disconnected such as to cause infringement of the claim of the '409 patent, literally or under the doctrine of equivalents. Fuze, from at least the filing date of the lawsuit, has continued to encourage and instruct others on how to use the products showing specific intent. Moreover, Defendant has known of the '409 patent and the technology underlying it from at least the filing date of the lawsuit.[1] For clarity, direct infringement is previously alleged in this complaint..

11. Fuze has and continues to contributorily infringe. Fuze has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to activate alternate communication methods when a call is erroneously disconnected such as to cause infringement of the claim of the '409 patent, literally or under the doctrine of equivalents. Fuze, from at least the filing date of the lawsuit, has continued to encourage and instruct others on how to use the products showing specific intent. Further, there are no substantial noninfringing uses for Defendant's products and services. Moreover, Defendant has known of the '409 patent and the technology underlying it from at least the filing date of the lawsuit. [2] For clarity, direct infringement is previously alleged in this complaint.

12. Fuze has caused and will continue to cause Silent damage by direct and indirect infringement of (including inducing infringement of) the claims of the '409 patent.

### IV. JURY DEMAND

---

[1] Plaintiff reserves the right to amend and add inducement pre-suit if discovery reveals an earlier date of knowledge.
[2] Plaintiff reserves the right to amend and add inducement pre-suit if discovery reveals an earlier date of knowledge.

Silent hereby requests a trial by jury on issues so triable by right.

## V. PRAYER FOR RELIEF

WHEREFORE, Silent prays for relief as follows:

a. enter judgment that Defendant has infringed the claims of the '409 patent through selling, offering for sale, manufacturing, and inducing others to infringe by activating alternate communication methods when when a call is erroneously disconnected;

b. award Silent damages in an amount sufficient to compensate it for Defendant's infringement of the Patents-in-Suit in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C. § 284;

c. award Silent an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

d. declare this case to be "exceptional" under 35 U.S.C. § 285 and award Silent its attorneys' fees, expenses, and costs incurred in this action;

e. declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

f. a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendant from infringing the claims of the Patents-in-Suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an

   adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the

   future infringement will be willful as a matter of law; and

g. award Silent such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        **Ramey LLP**

        _____
        William P. Ramey, III
        Texas State Bar No. 24027643
        5020 Montrose Blvd., Suite 800
        Houston, Texas 77006
        (713) 426-3923 (telephone)
        (832) 900-4941 (fax)
        wramey@rameyfirm.com

        Jeffrey E Kubiak
        Texas State Bar No. 24028470
        5020 Montrose Blvd., Suite 800
        Houston, Texas 77006
        (713) 426-3923 (telephone)
        (832) 900-4941 (fax)
        jkubiak@rameyfirm.com

        *Attorneys for Silent Communication, LLC*